## NANCE v. THE STATE.

CANDLER, J. There is no complaint that the trial judge committed any error of law. The evidence for the State was sufficient to warrant the conviction of the accused on the charge of seduction, and it was not error to overrule the motion for a new trial, the only grounds of which were that the verdict was contrary to law and the evidence.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Argued June 19, — Decided July 17, 1905.

Indictment for seduction. Before Judge Fite. Gordon superior court. April 15, 1905.

*Starr & Erwin* and *George G. Glenn,* for plaintiff in error. *Samuel P. Maddox, solicitor-general,* contra.